NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**1ST MEDIA, LLC,**
*Plaintiff-Appellant,*

v.

**ELECTRONIC ARTS, INC., HARMONIX MUSIC SYSTEMS, INC., AND VIACOM, INC.,**
*Defendants-Appellees,*

AND

**SONY COMPUTER ENTERTAINMENT AMERICA, INC.,**
*Defendant-Appellee.*

---

2010-1435

---

Appeal from the United States District Court for the District of Nevada in case no. 07-CV-1589, Judge James C. Mahan.

---

## ON MOTION

---

## ORDER

Sony Computer Entertainment America LLC moves to withdraw B. Trent Webb as principal counsel but to

remain as counsel of record and to substitute Eric A. Buresh as principal counsel,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__DEC 0 6 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: B. Trent Webb, Esq.
Eric A. Buresh, Esq.
Robert P. Greenspoon, Esq.
Richard F. Ziegler, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**BEC 0 6 2011**

**JAN HORBALY**
**CLERK**